UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Joseph and Lorraine Bavaro,

        Plaintiffs,

v.

National Credit Audit Corporation; and DOES 1-10, inclusive,

        Defendants.

Civil Action No.: 1:13-cv-00068-AKH

STIPULATION OF DISMISSAL

---

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and now wish to discontinue the litigation; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties by their respective counsel that, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against National Credit Audit Corporation and Does 1-10, inclusive, with prejudice and without costs to any party.

Dated: April 16, 2013

_____
Sergei Lemberg, Esq. (SL 6331)
LEMBERG & ASSOCIATES
1100 Summer Street, 3rd Floor
Stamford, CT 06905
(203) 653-2250
*Attorney for Plaintiffs*
*Joseph and Lorraine Bavaro*

_____
Marshall Beil
Kristina M. Allen
McGUIREWOODS LLP
1345 Avenue of the Americas, 7th Floor
New York, NY 10105
(212) 548-7004
*Attorney for Defendant*
*National Credit Audit Corporation*

SO ORDERED:
Dated: New York, New York
       April ____, 2013

_____
United States District Judge

\47300921.1